<table>
<tr><td>Julia C. Dudley<br>Clerk</td><td>UNITED STATES DISTRICT COURT<br>Western District of Virginia<br>OFFICE OF THE CLERK<br>Post Office Box 1234<br>Roanoke, Virginia   24006<br>January 3, 2014</td><td>(540) 857-5100</td></tr>
</table>

All Counsel of Record by E-Mail

Re:     <u>Computer Patent Systems LLC v. Wagan Corporation, et als</u> Civil Action No. 3:13CV0037

Dear Counsel:

This case has been assigned to Judge Glen E. Conrad. The judge has requested that I be in touch with both sides and determine a trial date.

Please confer among yourselves regarding how many days you think we'll need for a bench trial and your availability for the following dates in Charlottesville:

*Sept 2-5, 2014*
*Sept. 15-19, 2014*
*October 6-9, 2014*
*November 3-5, 2014*
*January 5-9, and 12-16, 2015.*

If no response is received, we will assume that any date chosen in this time frame will be acceptable.

Based on the trial date that is chosen, a pretrial order shall be entered establishing pretrial deadlines and making other provisions for the development of this case. Further, hearings on dispositive motions, such as motions to dismiss or for summary judgment, as well as motions regarding the admissibility of evidence, shall also be scheduled at least thirty days prior to trial.   To schedule any hearings, please call (540) 857-5119 or email me at susanm@vawd.uscourts.gov.

The court wants all discovery completed and pretrial motions filed within forty-five (45) days of the trial date.  All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond prior to the forty-five (45) days deadline.   Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial, except with the prior approval of the presiding judge.

Judge Conrad actively promotes alternative dispute resolution in most civil cases. Generally, the parties may opt to initiate mediation, or some other form of alternative dispute resolution, prior to the completion of discovery.  The court may initiate mediation shortly before, or shortly following, the scheduled completion of discovery.

January 3, 2014
Page 2

For more information on mediation, ECF registration, and/or other local rules, the parties are referred to the public website of the Clerk's Office, available at http://www.vawd.uscourts.gov .

If you feel that the pretrial order in this case shall include special provisions, please contact me by email or telephone

                Very truly yours,

                *Susan Moody*

                Deputy Clerk