


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

**Computer Patent Systems, LLC**

    Plaintiff,                          Case No. 3:13-CV-00037-GEC

v.

**Wagan Corporation, Best Buy Stores,
L.P., and BestBuy.com LLC,**

    Defendants.

## SCHEDULING ORDER

The Court, having reviewed the parties Stipulation Setting Forth Remaining Case Management Dates, filed on February 17, 2014, hereby adopts the dates proposed by the parties and ORDERS the case management dates set as follows:

|  |  |  |
| --- | --- | --- |
| Service of mandatory disclosures required under Rule 26(a)(1) | **February 17, 2014** | - |
| Plaintiff's service of Disclosure of "Asserted Claims" | **February 17, 2014** | - |
| Plaintiff's service of "Infringement Contentions," and accompanying document production | **March 7, 2014** | **3 weeks** |

1

| | | |
|---|---|---|
| Defendants' service of "Disclosure of Invalidity and Unenforceability Contentions," and accompanying document production | **April 1, 2014** | 3½ weeks |
| Defendants' service of "Disclosure of Non-infringement Contentions," and accompanying document production | **April 1, 2014** | - |
| Exchange of proposed terms for construction | **April 11, 2014** | 10 days |
| Deadline to Add Parties and Amend Pleadings | **April 18, 2014** | 1 week |
| Exchange of preliminary proposed claim constructions and identification of intrinsic and extrinsic support | **April 18, 2014** | - |
| File "Joint Claim Construction and Prehearing Statement"; & Close of Claim Construction Discovery | **April 25, 2014** | 1 week |
| Contemporaneous filing and service of opening *Markman* briefs and supporting evidence | **May 9, 2014** | 2 weeks |
| Contemporaneous filing and service of responsive *Markman* briefs and supporting evidence | **May 30, 2014** | 3 weeks |
| *Markman* Hearing | **June 11/12, 2014** | 1.5 weeks |
| Close of Fact Discovery | **August 8, 2014** | 8 weeks |
| Exchange opening expert reports | **September 5, 2014** | 4 weeks |

| | | |
|---|---|---|
| Exchange responsive expert reports | **October 3, 2014** | **4 weeks** |
| Close of Expert Discovery | **October 31, 2014** | **4 weeks** |
| Submission of all dispositive motions and related briefing completed | **January 9, 2015** | **10 weeks** |
| Trial | May 16, 2015 | **3 weeks** |

Nothing herein shall prevent either party from seeking extension of, additions to, or relief from the deadlines and events discussed herein.

Dated: FEBRUARY 24, 2014

                                                                                Chief U.S. District Court Judge